**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TARA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09 CV 5585 |
| v. ) | |
| ) | Judge William J. Hibbler |
| GREYSTONE ALLIANCE LLC, ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendant . ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Greystone Alliance LLC, by its attorneys, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule 56, move for summary judgment in its favor and against Plaintiff, Tara Smith, as to all claims asserted in the Complaint. Defendant incorporates its contemporaneously filed Memorandum of Law in Support of Its Motion pursuant to Local Rule 56.1(a)(2), its Local Rule 56.1(a)(3) Statement of Material Facts and its Local Rule 56.1(a)(3) Compendium of Documents.

Respectfully submitted,

GREYSTONE ALLIANCE LLC

By: *s/Stephen D. Vernon*
    One of its attorneys

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I filed Defendant's Motion for Summary Judgment, Memorandum of Law in Support thereof, Statement of Material Facts and Compendium of Documents through the Court's ECM/CF system on July 21, 2010, which will cause electronic notification of this filing to be sent to all counsel of record below.

Keith J. Keogh
Ainat Margalit
Keogh Law, Ltd.
101 N. Wacker Drive, Ste. 605
Chicago, Illinois 60606
(866) 726-1092 (office)
(312) 726-1093 (fax)
Keith@KeoghLaw.com
amargalit@keoghlaw.com

By: s/Stephen D. Vernon_____