## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tara Smith

        Plaintiff(s)

  v.

Greystone Alliance LLC

        Defendant(s)

)
)
)
)
)
)

Case No. 09 C 5585

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $               ,

which ☐ includes      pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: final judgment is entered dismissing this action with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.

☐ tried by Judge      without a jury and the above decision was reached.

☐ decided by Judge      a motion

Date: 1/20/16

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland_____,Deputy Clerk